JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE M. S.,<br><br>  Plaintiff,<br><br>v.<br><br>CAROLYN COLVIN,<br><br>Acting Commissioner of Social Security, Defendant. | Case No. 5:24-cv-01716-KES<br><br>**JUDGMENT** |

IT IS HEREBY ADJUDGED that, for the reasons set forth in the Memorandum Opinion and Order, the decision of the Commissioner is reversed and this case is remanded for further administrative proceedings consistent with the Opinion.

DATED: January 17, 2025

_____
KAREN E. SCOTT
United States Magistrate Judge

1